**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HAMIDULLAH ZAHIDI CONSTRUCTION COMPANY, : <br> : <br> Plaintiff, : <br> v. : <br> : <br> ADVANCED CONSTRUCTORS INTERNATIONAL, LLC : <br> : <br> Defendant. | CASE NO. 1:16-cv-0061-UNA |

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW**, the Plaintiff, Hamidullah Zahidi Construction Company ("HZCC"), by and through counsel, Cohen Seglias Pallas Greenhall & Furman P.C., does pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), dismisses this action against the Defendant, Advanced Constructors International, without prejudice, noting that no party has served either an answer or a motion for summary judgment.

Dated: February 16, 2016

**COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.**

*/s/ Maria L. Panichelli*
Maria L. Panichelli, Esq. (DE Bar ID 5047)
The Nemours Building, Suite 1130
1007 North Orange Street
Wilmington, DE 19801
(302) 425-5089

*Attorneys for Plaintiff*